UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Kim L Japuntich

Debtor(s)

Case No. 15-27045

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/07/2015.

2) The plan was confirmed on 11/13/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/19/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/19/2016.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,405.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,405.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $355.44 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $66.05 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$421.49** |
| Attorney fees paid and disclosed by debtor: | $296.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIAL DBA GM | Unsecured | 1,500.00 | 9,388.94 | 9,388.94 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 1,257.00 | 1,775.36 | 1,775.36 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 692.00 | 675.36 | 675.36 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 641.00 | 2,063.51 | 2,063.51 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 120.00 | 1,282.10 | 1,282.10 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 370.00 | 355.35 | 355.35 | 0.00 | 0.00 |
| FAIRWAY FINANCIAL SERVICES | Unsecured | NA | 449.36 | 449.36 | 0.00 | 0.00 |
| FAIRWAY FINANCIAL SERVICES | Secured | 4,212.00 | 4,212.00 | 4,212.00 | 872.48 | 111.03 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 262.00 | 262.47 | 262.47 | 0.00 | 0.00 |
| LAKE COUNTY TREASURER | Priority | 180.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 243.00 | 205.74 | 205.74 | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 2,145.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED DENTAL SOLOUTIONS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ADOVOCATE CONDELL MED CENTE | Unsecured | 1,164.00 | NA | NA | 0.00 | 0.00 |
| ALLIED CASH ADVANCE | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| AMCA/MEDICAL SERVICES | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| BURNSTINE T MD | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| AMERIPATH INDIANAPOLIS/MEDICA | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ARBUCKKE J MD/MEDICAL SERVICE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ALINGTON RIDGE PATHOLOGY | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| CRYSTAL LAKE ORAL AND MAXI | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| DAVIS S MD | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| DAVIS S MD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CARMEL PEDIATRICS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| CARMEL SURG SPECIALISTS | Unsecured | 9,941.00 | NA | NA | 0.00 | 0.00 |
| CARMEL WOODS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL MCHENRY | Unsecured | 2,717.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ZION | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NORTHSIDE ANESTH SERVICES | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CARDIOLOGY | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY ASSOC SC | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FAC FOUNDA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY NETWORI | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| NWP SERVICES | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| NWR/MEDICAL SERVICES | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| OB AND GYNE OF INDIANA | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| OKNER CARDIOLOGY | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| ORTHO INDY | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| PARK RDIGE ANESTHESIOLOGY | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| REICHES PLUMBING | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| RICHARD BLEDSOE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ROBINSON C MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| RUSH MEDICAL CENTER | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT CARMEL HOSPITAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT ER PHYS | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT MED GROUP | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| ST VINCENT PHYS SERVICES | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTYH EMERGENY PHYSICIA | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| VIREO EMERG PHYS | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| VISTA MED CENTER | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VISTA MED CENTER WEST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN CLINIC | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN CLINIC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| DISEASE OF IN DR IKERD | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| DRS ENG ZULL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DRS SHARMA FRANKLIN WROBEL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DRS WEISSLER HELWIG | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| DUKE ENERGY | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| EBI | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| FIRST MERCHANTS BANK | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 9,388.00 | NA | NA | 0.00 | 0.00 |
| GOOD SHEPHERD HOSPITAL | Unsecured | 13,899.00 | NA | NA | 0.00 | 0.00 |
| HEARTLAND NEUROLOGY ASSOCIA | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| HERFF JONES | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| HVOSTIK G MD | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IDES | Unsecured | 2,095.00 | NA | NA | 0.00 | 0.00 |
| INDIANA GASTRO | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| INDIANA PHYSIC MGMT | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| INDIANA PHYSIC MGMT | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| INDIANA SPINE GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| INDIANA SPINE GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| IRELAND HIP AND KNEE | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| KAZMI I MD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ANESTHESIOLOGISTS | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY SURGEONS | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY ASSO | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| LSG/MEDICAL SERVICES | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| MACL/MEDICAL SERVICES | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| MED1 SOLUTIONS | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| MEDSHIELD | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| MERIDIAN SURGICAL GROUP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| METLIFE | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA CLINICAL LABS | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERG PHYS | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 1,944.00 | NA | NA | 0.00 | 0.00 |
| NAGAN ET AL/MEDICAL SERVICES | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN REGIONAL MEDICAL | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| NARANG MD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NEWMAN DON DDS | Unsecured | 1,386.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,212.00 | $872.48 | $111.03 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,212.00** | **$872.48** | **$111.03** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,458.19** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $421.49 |
| Disbursements to Creditors | $983.51 |
| **TOTAL DISBURSEMENTS** : | **$1,405.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/26/2016            By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**